# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-cv-520-RJC
# 3:93-cr-354-RJC-1

| | |
|---|---|
| **TERRY JACKSON BENNETT,** | )<br>)<br>) |
| Petitioner, | )<br>) |
| vs. | )<br>) **ORDER** |
| **UNITED STATES OF AMERICA,** | )<br>) |
| Respondent. | )<br>) |

**THIS MATTER** is before the Court on Petitioner's "Motion to Seal Docket Document #12," (Doc. 18). In it, he asks the Court to seal this docket entry "for safety reasons." (Doc. No. 18 at 1).

The Court's Local Rules provide for a "presumption under applicable common law and the First Amendment that materials filed in this Court will be filed unsealed." LCvR 6.1(a). A motion to seal must set forth: (1) a non-confidential description of the material sought to be sealed; (2) a statement indicating why sealing is necessary and why there are no alternatives to filing under seal; (3) unless a permanent seal is sought, a statement indicating how long the party seeks to have the material maintained under seal and how the matter is to be handled upon unsealing; and (4) supporting statutes, case law, or other authority. LCvR 6.1(c).

Petitioner's *pro se* Motion fails to address any of the foregoing factors. However, the Court surmises that Petitioner's Motion is based on the same issues identified by the Government in the Motion to Seal its Response. See (Doc. No. 6). Petitioner's Motion will be granted in an abundance of caution.

1

**IT IS, THEREFORE, ORDERED** that:

1. Petitioner's Motion to Seal Docket Document #12, (Doc. 18), is **GRANTED**.

2. The Clerk of Court is instructed to permanently **SEAL** docket entry 12.

Signed: July 11, 2018

Robert J. Conrad, Jr.
United States District Judge